UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ALI D. WHITEHEAD, <br><br> Defendant | Criminal No. 21cr30002-MGM <br><br> Violation: <br><br> Count One: Unlawful Delivery of Firearms <br> (18 U.S.C. § 922(e)) <br><br> Forfeiture Allegation: <br> (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c)) |

INDICTMENT

COUNT ONE
Unlawful Delivery of Firearms
(18 U.S.C. § 922(e))

The Grand Jury charges:

On or about December 30, 2020, in the District of Massachusetts, the District of Connecticut, and elsewhere, the defendant,

ALI D. WHITEHEAD,

knowingly delivered and caused to be delivered to a common and contract carrier for transportation and shipment in interstate and foreign commerce, to persons other than licensed importers, licensed manufacturers, licensed dealers, and licensed collectors, a package and other container in which there were firearms, to wit: 1) a Taurus 9mm pistol bearing serial number TMD45684; 2) a Keltec .32 caliber pistol bearing serial number D1193; 3) a Glock model 48 9mm pistol bearing serial number BLWN182; 4) a Glock model 23 .40 caliber pistol bearing serial number EAW409VS; 5) a Taurus .38 special revolver bearing serial number ABM246081; 6) a Diamondback 9mm pistol bearing serial number YL5660; 7) a Taurus .38 special revolver bearing serial number 1W69108;

1

8) a Beretta 9mm pistol bearing serial number NV059559; 9) a Glock model 23 .40 caliber pistol bearing serial number VV2925; and 10) a Glock model 23 .40 caliber pistol bearing serial number VV2923, without written notice to the carrier that such firearms were being transported and shipped.

All in violation of Title 18, United States Code, Section 922(e).

## FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of the offense in violation of Title 18, United States Code, Section 922(e), set forth in Count One, the defendant,

ALI D. WHITEHEAD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. a Taurus 9mm pistol bearing serial number TMD45684;

   b. a Keltec .32 caliber pistol bearing serial number D1193;

   c. a Glock model 48 9mm pistol bearing serial number BLWN182;

   d. a Glock model 23 .40 caliber pistol bearing serial number EAW409VS;

   e. a Taurus .38 special revolver bearing serial number ABM246081;

   f. a Diamondback 9mm pistol bearing serial number YL5660;

   g. a Taurus .38 special revolver bearing serial number 1W69108;

   h. a Beretta 9mm pistol bearing serial number NV059559;

   i. a Glock model 23 .40 caliber pistol bearing serial number VV2925; and

   j. a Glock model 23 .40 caliber pistol bearing serial number VV2923.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

      a. cannot be located upon the exercise of due diligence;

      b. has been transferred or sold to, or deposited with, a third party;

      c. has been placed beyond the jurisdiction of the Court;

      d. has been substantially diminished in value; or

      e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_____
FOREPERSON

_____
CATHERINE G. CURLEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: January 21, 2021 @ 11:06 am.
Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

5